Submitted on record and briefs August 18, reversed and remanded for reconsideration October 6, 1993

In the Matter of the Compensation of
Keith D. Miller, Claimant.

Keith D. MILLER,
*Petitioner,*

*v.*

SAFEWAY STORES, INC.,
*Respondent.*

(WCB 89-10246; CA A78666)

860 P2d 826

Michael Strooband, Eugene, filed the brief for petitioner. With him on the brief was Bischoff & Strooband, P.C., Eugene.

Kenneth L. Kleinsmith, Tigard, filed the brief for respondent. With him on the brief was Meyers & Radler, Tigard.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Pacheco-Gonzales v. SAIF*, 123 Or App 312, 860 P2d 822 (1993).